**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| Mayo Clinic,<br><br>                Plaintiff,<br><br>    v.<br><br>Claritev Corp. f/k/a MultiPlan, Inc.,<br><br>                Defendant. | Case No. 1:25-cv-14760<br><br>MDL No. 3121 |

## PLAINTIFF'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT AND NOTIFICATION OF AFFILIATES

Pursuant to Local Rule 3.2 and Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff Mayo Clinic, by and through its undersigned counsel, states as follows:

1.　Plaintiff Mayo Clinic is a not-for-profit organization, has no parent corporation, is not a publicly held corporation, and no publicly held corporation owns 5% or more of its stock.

Dated: December 4, 2025

Respectfully submitted,

VINSON & ELKINS LLP

*/s/ Stephen M. Medlock*

Stephen M. Medlock
Stephen Cohen (*pro hac vice* forthcoming)
2200 Pennsylvania Ave., N.W.
Suite 500 W
Washington, D.C. 20037
Tel: (202) 639-6500
Fax: (202) 639-6604
smedlock@velaw.com
scohen@velaw.com

Michael Scarborough (*pro hac vice*
forthcoming)
Dylan Ballard (*pro hac vice* forthcoming)
Madison Lo (*pro hac vice* forthcoming)
555 Mission Street
Suite 2000
San Francisco, CA 94105
Tel: (415) 979-6900
Fax: (415) 651-8786
mscarborough@velaw.com
dballard@velaw.com
mlo@velaw.com

Mackenzie Newman (*pro hac vice*
forthcoming)
1114 Avenue of the Americas
New York, NY 10036
Tel: (212) 237-0000
Fax: (212) 237-0100
mnewman@velaw.com

*Attorneys for Plaintiff*

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on December 4, 2025, a copy of the foregoing document was electronically filed through the ECF system and will be sent electronically to all persons identified on the Notice of Electronic Filing.

/s/ *Stephen M. Medlock*
Stephen M. Medlock